FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 29 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BILL HOLLOMON, BOBBY BARRON, PAUL BENEUX, VELDA VALENTINE, RACHEL RHODES, NATALIE MALTBIA, TIFFANY BARKER, DANIEL WATSON, JAMES GALLANT, RONALD BRADFORD, ALAN WILLIAMS, KORI HARRISON, KORI FERGUSON, CODY MAUPIN, LINDSEY PIERCE and MATTHEW WEBBER | PLAINTIFFS |
| vs.    No. 4:11-CV-600 (BRW) | |
| AT&T MOBILITY SERVICES, LLC | DEFENDANT |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Joint Notice of Settlement, Motion for Order Approving Settlement Agreement, and Dismissal with Prejudice filed herein by all Parties. The Court has carefully reviewed said Joint Motion, the Parties' Settlement Agreement, and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Notice of Settlement, Motion for Order Approving Settlement Agreement, and Dismissal with Prejudice filed herein by all Parties is hereby approved, adopted and ratified by the Court;

2. The Court has reviewed the Parties' Settlement Agreement and the Court hereby approves, adopts and ratifies the same;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Parties' Settlement Agreement.

**DONE AND ORDERED** this 29th day of May, 2012.

_____
Honorable Billy Roy Wilson
United States District Judge